



ORIGINAL

FILED
FEB 16 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

ENTERED
FEB 16 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

LODGED
FEB - 6 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

ANDREW K. MAUTHE (Bar No. 107255)
7700 Irvine Center Drive, Suite 800
P.O. Box 51147
Irvine, CA 92619-1147
Telephone: (949) 788-2902
Facsimile: (949) 788-2903

Attorney for Scott Moore and
INSCO Insurance Services, Inc., Plaintiffs

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re

MICHAEL HANSEN and KIMBERLY A. HANSEN

Debtors.

---

SCOTT MOORE,

Plaintiff,

vs.

KIMBERLY A. HANSEN,

Defendant.

---

INSCO INSURANCE SERVICES, INC.,

Plaintiff,

vs.

KIMBERLY A. HANSEN,

Defendant.

---

Case No. SA 03-19212 RA

Chapter 7

Adv. No. SA 04-01336 RA

Adv. No. SA 04-01337 RA

[Consolidated for Trial]

**~~[PROPOSED]~~ JUDGMENT DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727**

Date: January 24, 2006
Time: 11:90 a.m.
Place: Courtroom 6C
Ronald Reagan Federal Building and United States Courthouse
411 W. Fourth St.
Santa Ana, California 92701

**THE ABOVE-CAPTIONED CAUSES** came on for trial before the undersigned United States Bankruptcy Judge on November 9 and 10, 2005, December 2, 2005, and January 19, 20 and 24, 2006. Plaintiffs, Scott Moore and INSCO Insurance Services, Inc. ("Plaintiffs") appeared by and through Andrew K. Mauthe, Esq., their attorney of record. Defendant Kimberly A. Hansen ("Debtor") appeared by and through Steven H. Hertz, Esq., her attorney of record.

**THE COURT** having heard and considered the oral and documentary evidence adduced at trial, the Plaintiffs' Trial Brief, and closing arguments by the parties, and having observed the Defendant's demeanor during her testimony, and being fully advised in the premises, and having made its findings of fact and conclusions of law, and good cause appearing,

**IT IS ORDERED, ADJUDGED AND DECREED** that the discharge of Kimberly A. Hansen be and hereby is denied.

**IT IS SO ORDERED.**

Dated: 2/16/06

Robert W. Alberts,
United States Bankruptcy Judge

Respectfully submitted:

Andrew K. Mauthe,
Attorney for Plaintiffs,
Scott Moore and
INSCO Insurance Services, Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, state that I am employed in the County of Orange, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within entitled action; that my business address is 7700 Irvine Center Drive, Suite 800, Irvine, California 92618.

On February 6, 2006, I served the foregoing document described as **[PROPOSED] JUDGMENT DENYING DEBTOR'S DISCHARGE**, on the interested parties in this action as follows:

Steven H. Hertz
Attorney at law
6 Venture Way
Suite 100
Irvine, CA 92618
Facsimile- (949) 916-2022

( ) (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United Sates mail at Irvine, California. I am readily familiar with the firms practice for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service that same day.

( ) (BY PERSONAL SERVICE) I caused such document to be delivered by hand to the offices of the addressee.

( ) (BY FEDERAL EXPRESS) I am readily familiar with the practice of the firm's collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

(X) (BY FACSIMILE) I caused such document to be transmitted via facsimile machine to the offices of the addressee, and the transmission was reported as complete and without error.

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (FEDERAL) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and Correct.

Executed on February 6, 2006, at Irvine, California.

Jennifer Harper

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, state that I am employed in the County of Orange, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within entitled action; that my business address is 7700 Irvine Center Drive, Suite 800, Irvine, California 92618.

On February 6, 2006, I served the foregoing document described as **[PROPOSED] JUDGMENT DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727**, on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

(X) (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United Sates mail at Irvine, California. I am readily familiar with the firms practice for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service that same day.

( ) (BY PERSONAL SERVICE) I caused such document to be delivered by hand to the offices of the addressee.

( ) (BY FEDERAL EXPRESS) I am readily familiar with the practice of the firm's collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

( ) (BY FACSIMILE) I caused such document to be transmitted via facsimile machine to the offices of the addressee, and the transmission was reported as complete and without error.

( ) (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X) (FEDERAL) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and Correct.

Executed on February 6, 2006, at Irvine, California.

Jennifer Harper

**Service List**

U.S. Trustee
Ronald Reagan Federal Building
411 W. Fourth St., Suite 9041
Sant Ana, CA 92701

Charles W. Daff
Chapter 7 Trustee
2122 N. Broadway, Suite 210
Santa Ana, CA 92706

Lei Lei Wang Ekvall, Esq.
Reem Bello, Esq.
Albert, Weiland & Golden, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Steven H. Hertz
Attorney at law
6 Venture Way
Suite 100
Irvine, CA 92618

Kimberly Hansen
P.O. Box 811
Silverado, CA 92676

NOTE TO USERS OF THIS FORM:

Physically attach this form as the last page of the proposed Order of Judgment
Do not file this form as a separate document.

| | |
|---|---|
| In re MICHAEL HANSEN and KIMBERLY A. HANSEN<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: SA 03-19212 RA |
| SCOTT MOORE,<br><br>Plaintiff,<br>vs.<br><br>KIMBERLY A. HANSEN,<br><br>Defendant. | ADV. NUMBER: SA 04-01336 RA |
| INSCO INSURANCE SERVICES, INC.,<br><br>Plaintiff,<br>vs.<br><br>KIMBERLY A. HANSEN,<br><br>Defendant. | ADV. NUMBER: SA 04-01337 RA |

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled (specify):

JUDGMENT DENYING DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. § 727

was entered on (specify date): FEB 16 2006

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): FEB 16 2006

Dated: FEB 16 2006

JON D. CERETTO
Clerk of the Bankruptcy Court

By: [signature]
Deputy Clerk

**Service List**

U.S. Trustee
Ronald Reagan Federal Building
411 W. Fourth St., Suite 9041
Sant Ana, CA 92701

Charles W. Daff
Chapter 7 Trustee
2122 N. Broadway, Suite 210
Santa Ana, CA 92706

Lei Lei Wang Ekvall, Esq.
Reem Bello, Esq.
Albert, Weiland & Golden, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

Steven H. Hertz
Attorney at law
6 Venture Way
Suite 100
Irvine, CA 92618

Kimberly Hansen
P.O. Box 811
Silverado, CA 92676

Andrew K. Mauthe
P.O. Box 51147
Irvine, CA 92619-1147

CERTIFICATE RE NOTICE

The undersigned, Andrew K. Mauthe, hereby certifies that:

1. The entities served as set forth in the annexed proof of service are all of the entities required by applicable law to be served with the pleadings(s) referred to herein; and

2. The names and addresses of such entities set forth in the annexed proof of service are their correct names and addresses according to the records of the United States Bankruptcy Court for the case specified below in which such proof of service is to be filed.

The undersigned hereby acknowledges that this Certificate is filed in compliance with Bankruptcy Rule 9011(a) and may be relied upon by the Bankruptcy Court for the purpose of determining whether each pleading which is the subject of such proof of service has been properly served.

DATED: February 6, 2006

(Signature)

Andrew K. Mauthe
(Name, typed or printed)

CASE NAME: Scott Moore vs. Kimberly Hansen
Insco vs. Kimberly Hansen

CASE NUMBER: SA 04-01336 RA and SA 04-1337 RA