ORIGINAL

ANDREW K. MAUTHE (Bar No. 107255)
7700 Irvine Center Drive, Suite 800
P.O. Box 51147
Irvine, CA 92619-1147
Telephone: (949) 788-2902
Facsimile: (949) 788-2903

Attorney for Scott Moore and
INSCO Insurance Services, Inc., Plaintiffs

FILED
MAR 21 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

ENTERED
MAR 22 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
By_____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re

MICHAEL HANSEN and KIMBERLY A. HANSEN

Debtors.

SCOTT MOORE,

Plaintiff,

vs.

KIMBERLY A. HANSEN,

Defendant.

INSCO INSURANCE SERVICES, INC.,

Plaintiff,

vs.

KIMBERLY A. HANSEN,

Defendant.

Case No. SA 03-19212 ES

Chapter 7

Adv. No. SA 04-01336 ES

Adv. No. SA 04-01337 ES

[Consolidated for Trial]

**ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Date: March 16, 2006
Time: 10:30 a.m.
Place: Courtroom 5D
Ronald Reagan Federal
Building and United States
Courthouse
411 W. Fourth St.
Santa Ana, California 92701

1    **THE MOTION** for Attorney's Fees Incurred in Proving Defendant's Denial of Requests for Admission ("Motion") filed by Plaintiffs Scott Moore and INSCO Insurance Services, Inc. ("Movants") came on regularly for hearing before the undersigned bankruptcy judge at the time and place set forth above. Movants appeared by and through Andrew K. Mauthe, their attorney of record. Other appearances, if any, were as stated on the record in open Court.

    **THE COURT** having considered the Motion, and there being no opposition, and being fully advised in the premises, and good cause appearing for the reasons stated by the undersigned on the record at the conclusion of such hearing,

    **IT IS ORDERED** that the Motion is granted and Defendant Kimberly A. Hansen is hereby ordered to pay Plaintiffs $ 97,676.62 forthwith as and for expenses incurred by Plaintiffs, including attorneys' fees, in proving the truth of matters denied by Defendant in response to certain admissions requested by Plaintiffs under FRCP 36.

**IT IS SO ORDERED.**

Dated: 3/21/06

Erithe A. Smith
United States Bankruptcy Judge

# CERTIFICATE RE NOTICE

The undersigned, Andrew K. Mauthe, hereby certifies that:

1. The entities served as set forth in the annexed proof of service are all of the entities required by applicable law to be served with the pleadings(s) referred to herein; and

2. The names and addresses of such entities set forth in the annexed proof of service are their correct names and addresses according to the records of the United States Bankruptcy Court for the case specified below in which such proof of service is to be filed.

The undersigned hereby acknowledges that this Certificate is filed in compliance with Bankruptcy Rule 9011(a) and may be relied upon by the Bankruptcy Court for the purpose of determining whether each pleading which is the subject of such proof of service has been properly served.

DATED: March 15, 2006

_____
(Signature)

Andrew K. Mauthe
(Name, typed or printed)

CASE NAME:   Scott Moore vs. Kimberly Hansen
             INSCO vs. Kimberly Hansen

CASE NUMBER:   SA 04-01336 RA and SA 04-1337 RA

3

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, the undersigned, state that I am employed in the County of Orange, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within entitled action; that my business address is 7700 Irvine Center Drive, Suite 800, Irvine, California 92618.

On March 15, 2006, I served the foregoing document described as **ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**, on the interested parties in this action as follows:

[See attached service list]

(X)   (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United Sates mail at Irvine, California. I am readily familiar with the firms practice for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service that same day.

( )   (BY PERSONAL SERVICE) I caused such document to be delivered by hand to the offices of the addressee.

( )   (BY FEDERAL EXPRESS) I am readily familiar with the practice of the firm's collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

( )   (BY FACSIMILE) I caused such document to be transmitted via facsimile machine to the offices of the addressee, and the transmission was reported as complete and without error.

( )   (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

(X)   (FEDERAL) I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and Correct.

Executed on March 15, 2006, at Irvine, California.

_____
Jennifer Harper

## Service List

U.S. Trustee
Ronald Reagan Federal Building
411 W. Fourth St., Suite 9041
Sant Ana, CA 92701

Charles W. Daff
Chapter 7 Trustee
2122 N. Broadway, Suite 210
Santa Ana, CA 92706

Steven H. Hertz
Attorney at law
25108 Marguerite Parkway
Suite B-99
Mission Viejo, CA 92692

Kimberly Hansen
P.O. Box 811
Silverado, CA 92676

NOTE TO USERS OF THIS FORM:
Physically attach this form as the last page of the proposed Order of Judgment
Do not file this form as a separate document.

| In re MICHAEL HANSEN and KIMBERLY A. HANSEN  Debtor. | CHAPTER 7  CASE NUMBER: SA 03-19212 RA |
|---|---|
| SCOTT MOORE,  Plaintiff,  vs.  KIMBERLY A. HANSEN,  Defendant. | ADV. NUMBER: SA 04-01336 RA |
| INSCO INSURANCE SERVICES, INC.,  Plaintiff,  vs.  KIMBERLY A. HANSEN,  Defendant. | ADV. NUMBER: SA 04-01337 RA |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 116(1)(a)(iv), that a judgment or order entitled (specify):

ORDER ON PLAINTIFFS' MOTION FOR ATTORNEY'S FEES

was entered on (specify date): 3/22/06

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): 3/22/06

Dated: 3/22/06

JON D. CERETTO
Clerk of the Bankruptcy Court

By: Elizabeth Heinberg
Deputy Clerk

June 1992                                                                                                                116

## Service List

U.S. Trustee
Ronald Reagan Federal Building
411 W. Fourth St., Suite 9041
Sant Ana, CA 92701

Charles W. Daff
Chapter 7 Trustee
2122 N. Broadway, Suite 210
Santa Ana, CA 92706

Steven H. Hertz
Attorney at law
25108 Marguerite Parkway
Suite B-99
Mission Viejo, CA 92692

Kimberly Hansen
P.O. Box 811
Silverado, CA 92676

Andrew K. Mauthe
P.O. Box 51147
Irvine, CA 92619-1147