1  Alan G. Tippie (CA Bar No. 89587)
    atippie@sulmeyerlaw.com
2  **Sulmeyer**Kupetz
  A Professional Corporation
3  333 South Hope Street, Thirty-Fifth Floor
  Los Angeles, California  90071-1406
4  Telephone:   213.626.2311
  Facsimile:    213.629.4520

Attorneys for Pateel Boyajian



FILED & ENTERED

DEC 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY harraway DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PATEEL BOYAJIAN,<br><br>    Debtor.<br><br>NEW FALLS CORPORATION, as assignee of STORNAWAYE CAPITAL, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PATEEL BOYAJIAN,<br><br>    Defendant. | Case No. 1:04-bk-11929 KT<br><br>Chapter 7<br><br><br><br>Adv. No. 1:04-ap-01317 KT<br><br>**JUDGMENT FOLLOWING TRIAL**<br><br>**DATE:**  December 1, 2010<br>**TIME:**  9:30 a.m.<br>**PLACE:**  U.S. Bankruptcy Court<br>    Courtroom 301<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA  91367-6603 |

    The Complaint on file in this adversary proceeding sought a determination that a debt claimed to be held by Plaintiff New Falls Corporation against Defendant Pateel Boyajian was nondischargeable under 11 U.S.C. §§ 523(a)(2)(A) and 523(a)(2)(B). Pursuant to a prior order entered on February 17, 2006, this Court found in favor of Defendant and disposed of the cause of action based on 11 U.S.C. § 523(a)(2)(A). In addition, two elements of the cause of action under 11 U.S.C. § 523(a)(2)(B) were resolved in one instance by a ruling issued by the Ninth Circuit Court of Appeals and, in

ATIPPIE\ 694829.1

1 | another instance, following the Mandate from the Ninth Circuit by an Order of this Court
2 | entered on March 11, 2010.

3 |     Utilizing a Pre-Trial Stipulation and Order entered by this Court on December 1, 2010,
4 | a trial of the unresolved issues was conducted on December 1 and December 3, 2010.
5 | Following completion of the trial, the Court heard closing arguments by counsel for Plaintiff
6 | and Defendant, and thereafter took the matter under submission. Prior to the close of
7 | business on December 3, 2010, this Court issued its ruling on the record.

8 |     In consideration of the evidence submitted to this Court and the law bearing on the
9 | issues and causes of action of the complaint, having recited its findings of fact and
10 | conclusions of law on the record, this Court

11 | **ORDERS, ADJUDGES and DECREES** that judgment on all aspects and causes of
12 | action of the complaint shall be entered in favor of Defendant Pateel Boyajian and against
13 | Plaintiff New Falls Corporation.

14 | **IT IS SO ORDERED.**

15 | # # #

DATED: December 17, 2010

*Kathleen Thompson*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as "**JUDGMENT FOLLOWING TRIAL**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and   hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 7, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**DEBTOR/DEFENDANT**
Pateel Boyajian
P.O. Box 4007
West Hills, CA  91308

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on December 7, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery to the judge will be completed no later than 24 hours after the document is filed.*

**VIA PERSONAL DELIVERY**
**The Honorable Kathleen Thompson**
**U.S. Bankruptcy Court**
**21041 Burbank Blvd., Suite 305**
**Woodland Hills, CA 91367-6606**

> - Jennifer Witherell Crastz, Esq. — New Falls Corporation          jcrastz@hemar-rousso.com
> - Raffi Khatchadourian, Esq. — New Falls Corporation               raffi@hemar-rousso.com
> - Alan G. Tippie, Esq. — Pateel Boyajian                            atippie@sulmeyerlaw.com

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 7, 2010 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **"JUDGMENT FOLLOWING TRIAL"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of December 7, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Jennifer Witherell Crastz, Esq. — New Falls Corporation         jcrastz@hemar-rousso.com
- Raffi Khatchadourian, Esq. — New Falls Corporation         raffi@hemar-rousso.com
- Alan G. Tippie, Esq. — Pateel Boyajian         atippie@sulmeyerlaw.com

☐ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**DEBTOR/DEFENDANT**
Pateel Boyajian
P.O. Box 4007
West Hills, CA  91308

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                        **F 9013-3.1.PROOF.SERVICE**